UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **vs.** | * | NO. 4:25-CR-406-2 |
| | * | |
| **Travonte ARDOIN** | * | |
| | * | |
| | * | |

# Unopposed Joined Motion to Continue Motion Filing and Scheduled Dates

Defendant, Travonte ARDOIN, through Counsel, moves this Honorable Court to continue due date Motion Filing and related scheduled dates in Defendant's case by 90 days. In support of this Motion, Defendant states:

1. On July 30, 2025, a Grand Jury indicted Defendant with:

    a. Count I: Murder in Aid of Racketeering

    b. Count II: Attempted Murder in Aid of Racketeering

    c. Count III: Using a Firearm in Furtherance of a Crime of Violence

    d. Count IV: Causing Death Through Use of a Firearm

ECF No. 1.

1

2. Undersigned Counsel was appointed on August 13, 20025. ECF No. 11.

3. Counsel Graber was appointed on August 19, 2025. ECF No. 20.

4. On August 26, 2025, Government filed an Unopposed Motion to Certify Case as Complex and Toll Speedy Trial Provisions. ECF No. 22.

5. Proposed Voir Dire due January 12, 2026. ECF No.26.

6. Counsels for Mr. ARDOIN require more time to collect discovery and prepare for trial.

7. Considering these circumstances, Defense Counsels requests due dates and trial date to be continued by 90 days.

8. On January 6, 2026, this Attorney has communicated with the Government, Benjamin Brown, who responded that the Government is not opposed to this motion.

9. In the week of December 14, 2025, Defendant's counsel conferred regarding this motion with counsel of co-defendant in this case. Co-defendant counsel does not oppose this motion and join this motion.

RESPECTFULLY SUBMITTED on January 6, 2026.

/s/ *Paul Matthew Morgan*

Attorney for Defendant Travonte ARDOIN
State Bar No. 24077192
1523 Yale St.
Houston, TX 77008
(Phone) 281 386-9773
(Fax) 713 581-3360
Email: paul@themorganlawfirm.com

## DECLARATION OF PAUL MATTHEW MORGAN

I declare under the penalty of perjury that the foregoing is true and correct.

/s/ ***PAUL MATTHEW MORGAN***

## CERTIFICATE OF CONFERENCE

I do hereby certify that on January 6, 2026, this Attorney communicated with the Attorney representing the Government, Benjamin Brown, who is unopposed to this Motion.

## CERTIFICATE OF SERVICE

I do hereby certify that on January 6, 2026, I electronically filed the above motion with Clerk of the Court for the United States District Court, Southern District of Texas, using the electronic case filing system of the Court, and I sent the same via e-mail to the attorneys representing the Government at the following addresses:

Benjamin Hunter Brown
U.S. Department of Justice
Email: benjamin.brown@usdoj.gov

Ralph Paradiso
United States Attorneys Office
Email: ralph.paradiso@usdoj.gov

Co-Counsel for Defendant:

Jerald Kaplan Graber
Email: graberlaw@sbcglobal.net


Counsel for co-defendant, Terry ARDOIN:

Ali R Fazel
Email: ali@fazellaw.com

Raymundo J. Vazquez
Email: ray@rayvazquezlaw.com

/s/ *PAUL MATTHEW MORGAN*
Counsel of Record for Defendant Travonte ARDOIN